1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SAMMIE LEE NICHOLS,                     No.  2:24-cv-00082 TLN AC P

12              Petitioner,

13        v.                                 ORDER

14   CHANCE ANDES,

15              Respondent.

16

17        Petitioner requested an extension of time to file an opposition to respondent's April 2,

18   2024, motion to dismiss (ECF No. 8).  In the motion, petitioner indicates that he has not received

19   a copy of the motion to dismiss.  The court has reviewed respondent's certificate of service

20   attached to the motion and it does not include petitioner's inmate number.  Therefore, for good

21   cause appearing, IT IS HEREBY ORDERED that:

22        1.  Petitioner's request for an extension of time (ECF No. 12) is granted.

23        2.  Respondent shall serve petitioner with a copy of the motion to dismiss filed on April 2,

24   2024 and shall include petitioner's inmate number on this correspondence as well as all future

25   correspondence.

26        3.  Petitioner shall file an opposition to respondent's motion to dismiss within thirty days

27   from the date of this order.

28   ////

4. Petitioner is advised that his failure to comply with this order will result in the dismissal without prejudice of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: May 20, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE