UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMIE LEE NICHOLS,<br><br>    Petitioner,<br><br>v.<br><br>CHANCE ANDES,<br><br>    Respondent. | No. 2:24-cv-00082-TLN-AC<br><br>**ORDER** |

Petitioner Sammie Lee Nichols ("Plaintiff"), a state prisoner proceeding *pro se*, filed this application for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 25, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Petitioner filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 17) are ADOPTED IN FULL;

2. Respondent's motion to dismiss (ECF No. 8) is GRANTED;

3. Petitioner's application for a writ of habeas corpus (ECF No. 1) is DISMISSED with prejudice as barred by the statute of limitations; and

4. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

IT IS SO ORDERED.

Date: November 8, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE